UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
JANICE D WOLFE  CASE NO. 06-46830-PJS
  JUDGE PHILLIP J SHEFFERLY

Debtor _____ /

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM. # | TRUSTEE CLM. # | CLASS OF CLAIM | CHECK # | AMT. OF CHECK |
|---|---|---|---|---|---|
| JANICE D WOLFE<br>P O BOX 1536<br>FLORENCE, AZ  85232 | 0 | 0 | Debtor Refund Unclaimed | 3392133 | $2.82 |
| TOTAL |  |  |  |  | $2.82 |

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

May 10, 2010

/s/ KRISPEN S. CARROLL_____
KRISPEN S. CARROLL (P49817)
719 Griswold
Suite 1100
Detroit, MI  48226
(313) 962-5035
notice@det13ksc.com